UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Darcey Duncan,                                    Case No. 23-CV-646 KMM/DJF

       Plaintiff,

vs.

Richard Duncan, in both his individual
and official capacities as Chisago County
Sheriff; and Chisago County,

       Defendants.

---

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

Defendant Chisago County, through their respective undersigned attorneys, that

Defendant Chisago County's time to answer or otherwise respond to the

Complaint in this case (ECF Doc. 1) is extended up to and including May 30, 2023.

Dated: April 11, 2023

s/Stephanie A. Angolkar
Stephanie A. Angolkar, #388336
Julia C. Kelly, #392424
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
stephanie@iversonlaw.com
julia@iversonlaw.com
(952) 548-7200
*Attorneys for Defendant Chisago County*


ROBINS KAPLAN LLP

Dated:  April 11, 2023

/s Andrew J. Noel
Robert Bennett, #6713
Andrew J. Noel, #322118
Kathryn H. Bennett, #392087
Marc E. Betinsky, #388414
Greta Wiessner, #0401130
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone: 612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com
gwiessner@robinskaplan.com
*Attorneys for Plaintiff*