## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darcey Duncan,

        Plaintiff,

v.

Richard Duncan, in his individual
capacity as Chisago County Sheriff; and
Chisago County,

        Defendants.

Case No. 23-CV-646 (KMM/EMB)


**ORDER**

The Court recently ruled on the parties' cross-motions for summary judgment in this matter, denying summary judgment to Defendant Chisago County and granting partial summary judgment to Plaintiff Darcey Duncan on the issue of *Monell* liability as to her § 1983 claim. (Dkt. No. 125.) The County swiftly moved for a correction to the Court's order, seemingly raising two arguments. (Dkt. No. 128.) The Court denies the Motion.

First, the County argues that the Court created some confusion in a footnote when it suggested that the only issue remaining for trial was damages. (Dkt. No. 131 at 2.) The Court included that footnote in the discussion of the § 1983 claim but did not explicitly state that its observation applied only to that claim, and not to the state-law claims. To the extent that the footnote caused any confusion, the Court now clarifies that only the issue of liability as to the § 1983 claim was resolved in favor of Darcey. Darcey did not seek, and therefore the Court did not grant, affirmative summary judgment on her state-law claims.

1

Second, the County argues that the Court failed to address whether the County is vicariously liable for Duncan's conduct as to those state-law tort claims. (Dkt. No. 131 at 2.) That is true. The Court did not decide the issue because the County did not properly seek summary judgment on this issue. To the extent it was discussed, it was first raised in the County's Reply Brief (Dkt. No. 120), in response to Darcey's discussion of the statute of limitations for the tort claims. *See* D. Minn. R. 7.1(c)(3)(B) (stating, in relevant part, that "[a] reply memorandum must not raise new grounds for relief"). Therefore, the County's belated request for the Court to rule on the issue is **DENIED**.

Date: November 7, 2025

s/Katherine Menendez
Katherine Menendez
United States District Judge